1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  CRAIG ANTONIO WRIGHT,                    )          No. C 10-5237 LHK (PR)
                                             )
12                        Petitioner,        )          ORDER OF TRANSFER
                                             )
13      vs.                                  )
                                             )
14                                           )
    JAMES A. YATES,                          )
15                                           )
                          Respondent.        )
16  _____ )

17
18      Petitioner, proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28

U.S.C. § 2254, challenging his conviction and sentence.  He was convicted in the Superior Court
19
    of Solano County, which is in the Eastern District of California, and is currently housed at
20
    Pleasant Valley State Prison in Fresno County, which is also in the Eastern District.
21
        Venue for a habeas action is proper in either the district of confinement or the district of
22
    conviction, 28 U.S.C. § 2241(d).  Here, the Eastern District of California is both the district of
23
    conviction and the district of confinement.
24
        Accordingly, this case is TRANSFERRED to the United States District Court for the
25
    Eastern District of California.  *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(1).  The Clerk
26
    shall terminate any pending motions and transfer the entire file to the Eastern District of
27
    California.
28

1   IT IS SO ORDERED.

2   DATED: _12/17/2010_____    _____

3                                        LUCY H. KOH
                                         United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28