IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG A. WRIGHT,

       Petitioner,                        No. CIV S-10-3468 GGH P

    vs.

JAMES A. YATES,

       Respondents.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, is preceding with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed the original petition on November 18, 2010, and then a first amended petition on January 10, 2011. On January 18, 2011, the court ordered respondent to respond to the amended petition and recently provided respondent a 30 day extension for the response on March 18, 2011. Petitioner filed a new amended petition on March 14, 2011.

        However, all three petitions that have been filed are nearly identical. They all include the petition to the California Supreme Court with the same claims and the only differences are minor changes in a few introductory pages. In addition, petitioner did not have court permission to file his third petition. See Fed. R. Civ. P. 15. Therefore, the petition filed on March 14, 2011, will be disregarded and petitioner need not keep filing additional petitions.

1   In accordance with the above, IT IS HEREBY ORDERED that the petition filed
2 on March 14, 2011, will be disregarded.
3 DATED: March 28, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH: AB
wrig3468.ord2